**Order entered March 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01084-CV

## IN THE INTEREST OF S.M.G., A MINOR CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00695-X**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 2, we remove this cause from the March 16, 2020 submission docket and order the appeal be submitted as of the date of this Order.

/s/    LANA MYERS
        PRESIDING JUSTICE